| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CRIGLER, B. WAUGH | 2. Court or Organization<br><br>U. S. DISTRICT COURT, WDVA | 3. Date of Report<br><br>09/30/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U. S. MAGISTRATE JUDGE Full-Ti | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>9/30/2013 |

| 7. Chambers or Office Address<br><br>255 WEST MAIN STREET, RM. 328<br>CHARLOTTESVILLE, VA 22902 |
|---|

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor - Trial Advocacy (1 course) & Trial Evidence (1 course) | University of Virginia School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 09/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 09/30/2013 | University or Virginia School of Law | $8,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of U. S. Courts | 06/26/2013-06/28/2013 | White Sulphur Springs, WV | 4th Circuit Judicial Conference | Mileage, lodging, food and tips |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CRIGLER, B. WAUGH** | 09/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Quicken Loans | Mortgage | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Accounts | | | | | | | | | |
| 2. Va. National Bank-Various Accounts | B | Interest | M | T | | | | | |
| 3. b) UVA Credit Union, Charlottesville, VA | A | Interest | J | T | | | | | |
| 4. Stellar One | B | Interest | L | T | | | | | |
| 5. Rumford Ltd. Partnership | | None | N | W | | | | | |
| 6. AXAEquitable (Annuity) | D | Distribution | J | T | | | | | |
| 7. Brokerage Acct #1 (Wells Fargo Adv) | | | | | | | | | |
| 8. Cash | A | Interest | N | T | | | | | |
| 9. StellarOne Corp. | E | Dividend | O | T | | | | | |
| 10. American Capital Ltd. | A | Dividend | J | T | Donated (part) | | | | |
| 11. Hershey Company | B | Dividend | L | T | | | | | |
| 12. Financial Services Group (same as PNC Corp.) | C | Dividend | M | T | | | | | |
| 13. S&P No. Am. Natl Sector ▓ | A | Dividend | K | T | | | | | |
| 14. US Bancorp | A | Dividend | K | T | | | | | |
| 15. Va. National Bank | A | Dividend | K | T | | | | | |
| 16. Wells Fargo Co. | B | Dividend | L | T | | | | | |
| 17. Williams Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WPX Energy Inc. | | None | J | T | | | | | |
| 19. Copano Energy LLC | B | Dividend | | | Merged (with line 68) | 05/01/13 | J | | |
| 20. Crosstex Energy Inc. | A | Dividend | K | T | | | | | |
| 21. Energy Transfer Partners | C | Distribution | K | T | | | | | |
| 22. Bryn Mawr Bank Corp. | A | Dividend | | | Donated | 03/13/13 | J | | Advmcomg Native Missions |
| 23. DCP Midstream Partners | B | Dividend | K | T | | | | | |
| 24. Frontier Communications | A | Dividend | | | Sold | 02/05/13 | J | | |
| 25. Verizon Communcations | B | Dividend | K | T | | | | | |
| 26. Investco VK Tr. | B | Dividend | | | Sold | 02/21/13 | K | A | |
| 27. Kayne Anderson MLP Invest | B | Dividend | K | T | | | | | |
| 28. Dominion Resources | B | Dividend | K | T | | | | | |
| 29. El Paso Pipeline Partners | B | Distribution | K | T | | | | | |
| 30. Enterprise Products Partners | C | Distribution | L | T | | | | | |
| 31. Magellan Midstr Partners | B | Distribution | L | T | | | | | |
| 32. Plains All Amer. Pipeline LP | C | Dividend | M | T | | | | | |
| 33. Martin Midstr Partners | A | Distribution | J | T | Buy | 04/16/13 | J | | |
| 34. Koninklijke Philips Electronics NV | A | Dividend | J | T | Buy | 04/16/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Access Midstream Partners LP | A | Distribution | J | T | Buy | 02/05/13 | J | | |
| 36. Western Gas Partners | B | Distribution | L | T | | | | | |
| 37. Williams Partners | C | Distribution | | | Sold | 02/25/13 | J | A | |
| 38. Nuveen Div Advntg Mun Fd | C | Dividend | | | Sold | 06/07/13 | K | A | |
| 39. Tenn. Valley Auth Bond | A | Dividend | | | Sold | 05/09/13 | J | A | |
| 40. Wachovia PFD Fund | A | Dividend | | | Sold | 06/17/13 | J | A | |
| 41. Henrico Co., Va. Econ. Dev. Authority | C | Interest | L | T | | | | | |
| 42. Va. Small Bus Fin Auth | A | Interest | K | T | | | | | |
| 43. Louisa Co, Va. Dev. Authority | B | Interest | K | T | | | | | |
| 44. Apollo Inv Corp. | A | Dividend | | | Sold | 02/12/13 | J | A | |
| 45. Piedmont Nat. Gas Co. | A | Dividend | K | T | | | | | |
| 46. Public Service Ent. (formerly listed as PSEG & PEG) | B | Dividend | K | T | | | | | |
| 47. American Water Works | A | Dividend | J | T | Buy | 05/21/13 | J | | |
| 48. Rio Tinto PLC | A | Dividend | J | T | Buy | 01/31/13 | K | | |
| 49. Targa Resources Partners LP | A | Distribution | | | Sold | 01/25/13 | J | A | |
| 50. Capital Products Partners LP | A | Distribution | | | Sold | 02/05/13 | J | A | |
| 51. Summit Midstream Partners LP | A | Distribution | J | T | Buy | 03/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PVR Partners | A | Distribution | J | T | Buy | 08/21/13 | J | | |
| 53. Corning Inc. | A | Dividend | J | T | Buy | 1/11/12 | J | | |
| 54. Corning Inc. | A | Dividend | | | Sold | 02/20/13 | J | | |
| 55. Coca-Cola Company | A | Dividend | K | T | | | | | |
| 56. Enbridge Energy Mngmt LLC | B | Dividend | J | T | | | | | |
| 57. Energy Transfer Equity | C | Distribution | K | T | | | | | |
| 58. Denbury Resources Inc. | A | Dividend | | | Sold | 01/25/13 | J | | |
| 59. Metlife Inc. | A | Dividend | J | T | | | | | |
| 60. Suburban Propane Partners, LP | A | Dividend | J | T | | | | | |
| 61. AT&T Inc. | B | Dividend | K | T | | | | | |
| 62. Crestwood Midstream | B | Distribution | J | T | | | | | |
| 63. Hasbro Inc. | A | Dividend | J | T | | | | | |
| 64. PPL Corp. | A | Dividend | J | T | | | | | |
| 65. Linn Energy LLC | A | Distribution | J | T | Buy | 03/22/13 | J | | |
| 66. USAA Brokerage Acct. | | | | | | | | | |
| 67. Cash | A | Interest | J | T | | | | | |
| 68. Kinder Morgan Energy | A | Distribution | K | T | | 05/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kayne Anderson Midstream | A | Distribution | J | T | | | | | |
| 70. Peoples United Fincl. | A | Dividend | J | T | | | | | |
| 71. Teekay Lng Partners | A | Distribution | J | T | | | | | |
| 72. Exterran Holdings Inc. | A | Dividend | J | T | | | | | |
| 73. Nuverra Environmental Solutions Inc (formerly Heckman) | | None | J | T | | | | | |
| 74. Windstream Corp | B | Dividend | J | T | | | | | |
| 75. BP PLC | A | Dividend | J | T | | | | | |
| 76. Regency Energy Ptnrs | A | Distribution | J | T | | | | | |
| 77. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 78. Expeditors Int Wash Inc. | A | Dividend | J | T | | | | | |
| 79. IRA #1 Wells Fargo Advisors | | | | | | | | | |
| 80. Cash | A | Interest | J | T | | | | | |
| 81. SPDR S&PDiv ETF | A | Dividend | K | T | | | | | |
| 82. IRA #2 Wells Fargo Advisors | | | | | | | | | |
| 83. Cash | A | Interest | J | T | | | | | |
| 84. Travelers Ins Co. | A | Dividend | K | T | | | | | |
| 85. General Mills | A | Dividend | J | T | Sold (part) | 07/12/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Crosstex Energy LP | A | Dividend | K | T | | | | | |
| 87. General Electric Company | A | Dividend | K | T | Sold (part) | 07/12/13 | J | A | |
| 88. SPDR S&P Div ETF | A | Dividend | J | T | | | | | |
| 89. Sprint Corp. | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 90. Revolution Lighting Technologies Inc | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 91. International Paper Co. | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 92. AT&T Inc. | A | Dividend | J | T | | | | | |
| 93. Catapillar Inc. | A | Dividend | J | T | Buy | 01/18/13 | J | | |
| 94. Steel Dynamics Inc. | A | Dividend | J | T | Buy | 1/10/12 | J | | |
| 95. Steel Dynamics Inc. | A | Dividend | | | Sold | 01/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRIGLER, B. WAUGH | 09/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Brokerage Account #2 Scott and Stringfellow -- All assets transferred to USAA Brokerage Account on 1/18/2013.
The purchase of Steel Dynamics Inc. (Line 94) and Corning Inc. (Line53) were inadvertently omitted from the 2012 Financial Disclose Report. Their purchase and sale are reported here.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ B. WAUGH CRIGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544